# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

August 31, 2009

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO   Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 31 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

The Honorable Wm. Fremming Nielsen
Senior U.S. District Judge
Eastern District of Washington
Spokane, WA 99210

**RE: O'NEILL, Nathan M.**
**DOCKET NO: 2:02CR00309-001**
**REQUEST FOR RELEASE FROM RCC/**
**SUPERVISION REPORT**

Dear Judge Nielsen:

On May 19, 2009, the Court ordered that Mr. O'Neill be placed a the Bureau of Prisons (BOP), residential re-entry center (RCC), located at Geiger Corrections Center in Spokane, Washington, as a public law placement. This placement was secured because the offender had no viable release plan upon his release from Federal Correctional Institution (FCI) Fort Worth, Texas, on June 23, 2009.

While the offender has been at the RRC, he has obtained employment at Shanks Painting in Spokane, Washington, as a painter. Mr. O'Neill has also commenced substance abuse treatment at New Horizon Care Centers and mental health counseling with Tom Stebbins in Spokane, Washington. In addition, the offender has also been submitting to random drug testing.

Mr. O'Neill has secured appropriate housing in the Spokane Valley. As a result, this officer is respectfully recommending that the offender be released immediately from his Geiger RCC placement.

Respectfully submitted,

*Brenda J. Kuest*   8-31-09
Brenda J. Kuest            Date
Drug & Alcohol Treatment Specialist
U.S. Probation Officer

APPROVED BY:

*Gayla S. Hunt*   8-31-09
Gayla S. Hunt            Date
Supervising U.S. Probation Officer

BJK:wh

c: Bud Ellis, AUSA
   Roger Peven, Federal Defender of Eastern Washington

THE COURT ORDERS:

[X] Court Concurs

[ ] Other

*Thomas Rice for Judge Nielsen*
Signature of Judicial Officer
8/31/09
Date