PROB 12C
(7/93)

Report Date: January 9, 2014

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JAN 0 9 2014**

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathan M. O'Neill     Case Number: 0980 2:02CR00309-001

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2003

Original Offense: Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d); Use of a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)

Original Sentence: Prison 90 months; TSR - 60 months     Type of Supervision: Supervised Release

Asst. U.S. Attorney: Pamela J. Byerly     Date Supervision Commenced: June 23, 2009

Defense Attorney: Federal Defenders Office     Date Supervision Expires: June 22, 2014

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On December 23, 2013, Nathan M. O'Neill submitted a urine specimen that was confirmed positive for marijuana. Mr. O'Neill initially denied consumption of marijuana, however, later emailed the undersigned officer and stated he had unknowingly consumed cookies that contained marijuana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/09/2014

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [x] The Issuance of a Summons
- [ ] Other

Signature of Judicial Officer

Jan 9 2014
Date